NEW JERSEY STATE LODGE–FRATERNAL ORDER OF POLICE, PLAINTIFF-PETITIONER, v. E. GEORGE AARON, DIRECTOR, *ETC.*, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 39 *N. J. Super.* 423.

*Mr. John Henry Reiners, Jr.,* for the petitioner.

*Mr. Norman Heine* for the respondent.

June 25, 1956.

GRAYSON-ROBINSON STORES, INC., PLAINTIFF-RESPONDENT, v. THEODORE R. POTTS, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Max L. Rosenstein* for the petitioner.

*Messrs. Harkavy & Lieb* for the respondent.